**The below described is SIGNED.**

Dated: June 19, 2013





JOEL T. MARKER
U.S. Bankruptcy Judge

---

**NATHAN J. CARROLL #13908**
Froerer & Associates
2610 Washington BLVD
Ogden, Utah 84401
Telephone: (801) 389-1533
Facsimile: (801) 399-4033
Nathan.Carroll@Froererlaw.com

Attorney for Debtor Jeffery Niel Bates Jr.

---

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, SALT LAKE CITY DIVISION

| In re: | |
|---|---|
| Jeffery Niel Bates Jr. | Case No. 13-21523 |
| | Chapter 7 |
| Debtor. | Judge Marker |
| | *FILED ELECTRONICALLY* |

**ORDER GRANTING DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL**

The Court having considered the Debtor's *Motion to Vacate Order of Dismissal* (Debtor's Motion) filed in this case, and there being no objection to the Debtor's Motion, finds good cause for granting the Debtor's Motion:

WHEREFORE, IT IS HEREBY ORDERED that:

1. The Order of Dismissal entered April 25, 2013 vacated.

2. The deadline to object to discharge is extended August 8, 2013.

******************************END OF DOCUMENTS**************************

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order Granting Debtor's Motion to Vacate Order of Dismissal shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Steven R. Bailey
ECF

US Trustee
ECF

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should serve notice pursuant to Fed. R. Civ. P. 5(b).

**Mail Service to Entire Matrix** – By regular first class United States mail postage fully pre-paid, addressed to all parties who did not receive electronic service as set forth herein listed on the Official Court Mailing Matrix dated June 18, 2013.

/s/_____Nathan J. Carroll
NATHAN J. CARROLL
Attorney for Debtor